

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00756-CV

**IN THE INTEREST OF A.M.S.**, et al., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01328
Honorable Renée Yanta, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 28, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.

_____
Keith E. Hottle, Clerk of Court